JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOPHIA LAWSON CLARK, in her capacity as Administrator of the Estate of Scott Lawson, and LOPEZ TO LAWSON, INC.,<br><br>Defendants. | Case No. 5:23-CV-01631-SPG-SHK<br><br>**ORDER GRANTING REQUEST TO CLOSE CASE (ECF NO. 6)** |

On November 29, 2023, Plaintiff, the United States, filed a Request to Close Case. On August 11, 2023, the United States filed a new civil action and case initiating documents in this case. There was an error in that filing and subsequently filed a new civil action to correct that error. The new case is *United States of America v. Sophia Lawson Clark*, 5:23-cv-01650. On August 16, 2023, the United States contacted the ECF

-1-

1 | Helpdesk requesting that this original case, 5:23-cv-01631, be deleted and was assured
2 | that it would happen in the next 72-hours. That did not occur and on November 28, 2023,
3 | this Court issued an Order (ECF No. 6) requesting the United States to show cause as to
4 | why this action should not be dismissed for lack of prosecution. Since the original case
5 | filing (5:23-cv-01631) has been superseded (5:23-cv-01650), the United States requests
6 | that the above-captioned matter be dismissed.
7 |     The Court, having considered Plaintiff's Request to Close Case and finding good
8 | cause therefor, hereby GRANTS the Request and ORDERS the original case, 5:23-cv-
9 | 01623 be closed.

IT IS SO ORDERED.

Dated: November 30, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE